AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) |
| --- | --- |
| v. | ) |
|  | ) Case No. 7:22mj2556 |
| Jose Guadalupe MEJIA (2001 / USA) | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

United States District Court
Southern District of Texas
FILED

DEC 3 0 2022

Nathan Ochsner, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 29, 2022 in the county of Hidalgo in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 USC § 554 | Did knowingly and unlawfully export or attempt to export from the U.S., any merchandise, article, or object, to wit: 701 rounds of assorted ammunition and one magazine as defined by the Commerce Control List, contrary to any law or regulation of the U.S., in that-the Defendant had not obtained a license or written authorization for such export, in violation of Title 50 USC Section 4819(2), and Title 15, code of Federal Regulations, Section 730 et seq., all in violation of Title 18 USC Section 554. |

12/3•/22

This criminal complaint is based on these facts:

See Attachment A

☒ Continued on the attached sheet.

Approved by AUSA Eric Flores

/s/ Cesar Robles
*Complainant's signature*

Cesar Robles, HSI Special Agent
*Printed name and title*

☒ Sworn to telephonically and signed electronically per Fed.R.Cr.4.1

Date: 12/30/22 @ 7:43 a.m.

City and state: McAllen, Texas

*Judge's signature*

U.S. Magistrate Juan F. Alanis
*Printed name and title*

## ATTACHMENT A

On December 29, 2022, Jose Guadalupe MEJIA (hereinafter referred to as "MEJIA"), attempted to exit the United States into Mexico through the Hidalgo, Texas Port of Entry (POE) while driving a silver Jeep Grand Cherokee bearing Texas License Plates RPN3150, and was subsequently selected for an outbound inspection by Customs and Border Protection Officers (CBPOs).

At Primary Inspection, MEJIA provided a negative oral declaration to CBP personnel for currency, ammunition and weapons. The vehicle was then sent to Secondary Inspection. Following this, CBPOs commenced with an inspection of the vehicle, and upon doing so, located what was later determined to be one Beretta 17 round magazine and 701 rounds of assorted ammunition; to include 201 rounds of .223 Remington, 200 rounds of Monarch .40mm S&W, 200 rounds of Monarch .9mm Luger, 50 rounds of Monarch .45 ACP, 50 rounds of .38 Super Auto ammunition all concealed within the vehicle.

Homeland Security Investigations (HSI) McAllen, Texas Special Agents (SAs) proceeded to speak with MEJIA at the Hidalgo POE, and during a Post-Miranda interview, MEJIA stated an individual from Mexico offered him work to purchase ammunition in the United States and transport the ammunition back to Mexico. MEJIA admitted purchasing the ammunition that he attempted to smuggle to Mexico at the Academy Sports and Outdoor Store and at the South Texas Tactical in McAllen, Texas.

MEJIA stated that he was aware that it was illegal to smuggle ammunition from the United States into Mexico, that he did not possess a license to export the ammunition from the United States into Mexico.

MEJIA stated that he was going to be paid approximately $150.00 USD for purchasing the ammunition and for smuggling this ammunition from the United States into Mexico.